# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS**

**MAGISTRATE JUDGE VALDEZ**

UNITED STATES OF AMERICA              )
                                      )   CASE NUMBER: 07CR 743
NORTHERN DISTRICT OF ILLINOIS         )

The undersigned Affiant personally appeared before the Honorable Maria Valdez, United States Magistrate Judge, and being duly sworn on oath, states: That at Louisville, Kentucky, one FATIMA AHMED MOHAMED, was charged with the violation of Section 1204 of the United States Code, Title 18, for having removed Z.N.M., a child who had not attained the age of sixteen years, from the United States and retaining said child outside the United States with intent to obstruct the lawful exercise of parental rights of N.M., and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

MARK WALLSCHALEGER
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this
12th day of November, 2007

**FILED**
NOV 1 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARIA VALDEZ
United States Magistrate Judge
Northern District of Illinois

DAVID D. BUVINGER
Assistant U.S. Attorney
312.353.1110

Bond set [or recommended] by issuing Court at _____

≈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western _____ District of _____ Kentucky at Louisville

UNITED STATES OF AMERICA

V.

FATIMA AHMED MOHAMED

**WARRANT FOR ARREST**

Case Number: 3:07CR-57-S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Fatima Ahmed Mohamed, 632 Camp Street, Louisville KY
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
International Parental Kidnapping

in violation of Title  18  United States Code, Section(s)  1204

Magistrate Dave Whalin (EBOC T. Burch Deputy Clerk)
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer: T. Burch

5/8/2007     Louisville, Kentucky
Date         Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

FILED
Jeffrey A. Apperson, Clerk

MAY 08 2007

U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

FATIMA AHMED MOHAMED

SUPERSEDING INDICTMENT

NO. 3:07CR-57-S

18 U.S.C. § 1204

The Grand Jury charges:

## COUNT 1

On or about February 19, 2007, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **FATIMA AHMED MOHAMED** defendant herein, did remove Z.N.M., a child who had not attained the age of 16 years, from the United States, and did retain said child outside the United States with the intent to obstruct the lawful exercise of parental rights of N.M.

In violation of Title 18, United States Code, Section 1204.

A TRUE BILL.

FOREPERSON

DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:RR:ls:5/02/07