# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 743 | **DATE** | 11/12/2007 |
| **CASE TITLE** | USA vs. Fatima Ahmed Mohamed | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 11/12/2007 as to Fatima Ahmed Mohamed. Defendant appears in response to the arrest on 11/12/07. Defendant waives identity hearing. Defendant informed of her rights. Enter order appointing Gabriel Bankier Plotkin as counsel for defendant for the removal proceedings only. Defendant is not contesting that she is the person charged in the petition and warrant. Government and defendant agree to the conditions of release. Enter Order Setting Conditions of Release. Order defendant removed the Western District of Kentucky as soon as possible to face the charges there pending against her. Defendant is ordered to appear before the US Courthouse, located at Gene Schneider Bldg, 601 W. Broadway, Louisville, Kentucky on 11/21/07 at 9:00 a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|