UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
November 21, 2007

Mr. Jeffrey A. Apperson, Clerk
United States District Court
106 Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY 40202-2227

**Re: USA v. Fatima Ahmed Mohamed - 07 CR 743**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | | |
|---|---|---|---|
| _X_ | Docket Sheet, Case No.: 07 CR 743 | _X_ | Order of Removal dated: 11/12/07 |
| _X_ | Affidavit in Removal | ____ | Final Commitment Proceedings |
| _X_ | Financial Affidavit | ____ | Temporary Commitment |
| _X_ | Order appointing counsel | _X_ | Order setting conditions of release |
| ____ | CJA 20 Form | ____ | Detention Order |
| _X_ | Appearance form | _X_ | Appearance Bond |
| | | ____ | Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn , Deputy Clerk