UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 743 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| FATIMA AHMED MOHAMED | ) | Magistrate Judge |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE

Now comes the UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully moves that this Honorable Court dismiss the Complaint in Removal Proceedings in the above captioned case against the captioned defendant, pursuant to Federal Rule of Criminal Procedure 48(a).

On November 11, 2007, defendant Fatima Ahmed Mohamed was arrested by the Federal Bureau of Investigation on a warrant issued in Louisville, Kentucky, on May 8, 2007, in the case of *United States v. Fatima Ahmed Mohamed,* 3:07 CR 57-S (Western District of Kentucky), for the offense of International Parental Kidnapping for having removed Z.N.M., a child who had not attained the age of sixteen years, from the United States and retaining said child outside the United States with intent to obstruct the lawful exercise of parental rights of N.M., in violation of Title 18, United States Code, Section 1204.  Following the execution of an Affidavit of Complaint in Removal Proceedings by Federal Bureau of Investigation Special Agent Mark Wallschaleger, a removal proceeding pursuant to Rule 40 of the Federal Rules of Criminal Procedure was held before this Court on November 12, 2007.  After defendant admitted identity and waived an identity hearing,

this Court ordered defendant removed to the United States District Court for the Western District of Kentucky at Louisville. Defendant was then released on a $4500 OR bond and ordered to appear on November 21, 2007, at 9:00 a.m., at the United States Courthouse located at the Gene Schneider Building, 601 W. Broadway, Louisville, Kentucky, for arraignment. On November 21, 2007, defendant reported as ordered to the United States Courthouse in Louisville, Kentucky and was subsequently arraigned in connection with her indictment in *United States v. Fatima Ahmed Mohamed,* 3:07 CR 57-S (Western District of Kentucky).

Counsel for the government has spoken with the defendant's attorney, Gabriel B. Plotkin, who has no objection to the government's motion to dismiss the complaint in this case without prejudice. A proposed order is attached.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney


By:    s/ David D. Buvinger
        DAVID D. BUVINGER
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-1110

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

### GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

were served on November 27, 2007, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                s/ David D. Buvinger
                                                DAVID D. BUVINGER
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 353-1110