UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 743 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Hon. Maria Valdez |
| FATIMA AHMED MOHAMED | ) | Magistrate Judge |
| | ) | |
| Defendant | ) | |

**ORDER**

This matter coming to be heard on the government's unopposed motion, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Complaint in Removal Proceedings in the above-referenced matter since Fatima Ahmed Mohamed has now complied with this Court's November 12, 2007 order to appear on November 21, 2007, at 9:00 a.m., at the United States Courthouse located at the Gene Schneider Building, 601 W. Broadway, Louisville, Kentucky, in connection with her indictment on May 8, 2007, in the case of *United States v. Fatima Ahmed Mohamed,* 3:07 CR 57-S (Western District of Kentucky), for the offense of International Parental Kidnapping for having removed Z.N.M., a child who had not attained the age of sixteen years, from the United States and retaining said child outside the United States with intent to obstruct the lawful exercise of parental rights of N.M., in violation of Title 18, United States Code, Section 1204.

IT IS HEREBY ORDERED THAT the Complaint in Removal Proceedings in this matter be dismissed without prejudice.

SO ORDERED:

_____
Maria Valdez
United States Magistrate Judge

DATED: _____