## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 743 | **DATE** | 11/29/2007 |
| **CASE TITLE** | USA vs. Fatima Ahmed Mohamed | | |

**DOCKET ENTRY TEXT**

Enter Order granting Government's unopposed motion to dismiss complaint without prejudice [9].

■ [ For further detail see separate order(s).]    Docketing to mail notices.

3cc USM

| | Courtroom Deputy Initials: | yp |
|---|---|---|