FILED BR
JEFFREY A. APPERSON, CLERK

NOV 2 2007

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
November 21, 2007

Mr. Jeffrey A. Apperson, Clerk
United States District Court
106 Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY 40202-2227

**Re: USA v. Fatima Ahmed Mohamed - 07 CR 743**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 07 CR 743 | _X_ Order of Removal dated: 11/12/07 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | _X_ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by _____
Marsha E. Glenn, Deputy Clerk

FILED
DEC 4 2007

DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT