

# FILED

DEC 0 3 2007 *PH*

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Sandy Peterson  — 2Y |
| 1. Article Addressed to: 07 CR 743<br><br>Mr. Jeffrey A. Apperson, Clerk<br>United States District Court<br>106 Gene Snyder United States Courthouse<br>601 West Broadway<br>Louisville, KY 40202-2227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 CR 743<br><br>Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7006 2150 0005 2036 0050 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |